# MEMORANDUM DECISIONS.

ABBOTT, Respondent, v. MILLER, Appellant, et al. (Supreme Court, Appellate Division, Third Department. June 30, 1904.) Action by Vasco P. Abbott against Samuel W. Miller, as administrator, etc., impleaded, etc. No opinion. Judgment and orders unanimously affirmed, with costs.

ADAMS, Appellant, v. METROPOLITAN ST. RY. CO., Respondent. (Supreme Court, Appellate Division, Second Department. July 28, 1904.) Action by John E. Adams against the Metropolitan Street Railway Company. No opinion. Judgment and order unanimously affirmed, with costs.

ADLER, Respondent, v. GOLDSTEIN et al., Appellants. (Supreme Court, Appellate Division, First Department. June 29, 1904.) Action by Lena Adler against Jacob Goldstein and others. M. H. Hayman, for appellants. M. G. Cohen, for respondent. Order affirmed, with $10 costs and disbursements.

In re ADMISSION OF ATTORNEYS AND COUNSELORS AT LAW. (Supreme Court, Appellate Division, Second Department. June 23, 1904.) In the matter of the admission of attorneys and counselors at law. Ordered that Paul Grout, Esq., be, and he hereby is, appointed an additional member of the committee on character.

ALFSON, Respondent, v. BUSH, CO., Limited, Appellant. (Supreme Court, Appellate Division, Second Department. July 28, 1904.) Action by Anon Alfson, as administrator, etc., of Anders Tobiasen, deceased, against the Bush Company, Limited. No opinion. Judgment and order unanimously affirmed, with costs.

AMERICAN AUDIT CO., Respondent, v. INDUSTRIAL FEDERATION OF AMERICA, Appellant. (Supreme Court, Appellate Division, First Department. June 29, 1904.) Action by the American Audit Company against the Industrial Federation of America. L. M. Berkeley, for appellant. J. J. Allen, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

BARKLEY v. COLUMBIA STORAGE WAREHOUSE CO. (Supreme Court, Appellate Division, First Department. June 24, 1904.) Action by Rose L. Barkley against the Columbia Storage Warehouse Company. No opinion. Motion granted, with $10 costs.

BARLOW, Appellant, v. FIRST NAT. BANK OF OSSINING, Respondent. (Supreme Court, Appellate Division, Second Department. July 28, 1904.) Action by Mary C. Barlow against the First National Bank of Ossining. No opinion. Judgment affirmed, with costs.

BECK, Appellant, v. CATHOLIC UNIVERSITY OF AMERICA, Respondent. (Supreme Court, Appellate Division, First Department. June 29, 1904.) Action by Louis Beck against the Catholic University of America. A. Caruthers, for appellant. A. I. Elkus, for respondent. No opinion. Judgment affirmed, with costs.

BEETSON v. STOOPS et al. (Supreme Court, Appellate Division, First Department. June 24, 1904.) Action by Catherine M. Beetson against Mary E. Stoops and others. From an order granting defendant Stoops leave to serve an amended answer, plaintiff appeals. Modified. J. Delahunty, for plaintiff. H. Wetherhorn, for defendant Stoops. H. W. Bookstaver, for other defendants.

PER CURIAM. The order will be modified by imposing, as a condition of allowing the amendment, the payment of the plaintiff's taxable costs and disbursements to the time of the motion, together with $10 costs of motion, and, as modified, the order will be affirmed, without costs.

BERRY, Respondent, v. PARSONS, Appellant. (Supreme Court, Appellate Division, Second Department. July 28, 1904.) Action by Edward W. Berry against Florence S. Parsons. No opinion. Judgment of the Municipal Court affirmed, with costs.

BLANCK, Appellant, v. PRESTON, Respondent. (Supreme Court, Appellate Division, First Department. June 24, 1904.) Action by Mary A. Blanck against Charles M. Preston. E. V. Frothingham, for appellant. F. M. Patterson, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

In re BODINE. (Supreme Court, Appellate Division, First Department. June 29, 1904.) In the matter of Florence M. Bodine. No opinion. Motion granted, on payment of $10 costs.

BOLLES REVOLVING SASH CO., Respondent, v. KOHART, Appellant. (Supreme Court, Appellate Division, First Department. July 13, 1904.) Action by the Bolles Revolving Sash Company against Frank C. Kohart. W. E. Gowdey, for appellant. C. L. Kingsley, for respondent. No opinion. Judgment and order affirmed, with costs.